[No. 797-3.   Division Three.   April 17, 1974.]

ALBERT N. HASBUN, *Respondent*, v. NEIL F. LAMPSON, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Ben-

ton County, No. 25718, John T. Day, J., entered January 25, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.